IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| THONG C. TU,  #A25 333 651,<br>              Petitioner<br>v.<br><br>ALBERTO R. GONZALES<br>  ATTORNEY GENERAL,<br>              Respondent | *<br><br>*  CIVIL ACTION NO. AMD-05-1117<br><br>*<br><br>* |

******

MEMORANDUM

The instant 28 U.S.C. § 2241 petition for habeas corpus relief asserts a challenge to petitioner's continued post-removal-order detention under *Zadvydas v. Davis*, 533 U.S. 678 (2001). At the time the petition was filed petitioner was a Department of Homeland Security, Immigration and Customs Enforcement detainee housed at the Worcester County Detention Center in Snow Hill, Maryland, awaiting deportation. He sought immediate release from detention.

Respondent has filed a response to the petition, indicating that on June 1, 2005, petitioner was released from custody. Petitioner's release from custody on immigration supervision moots this case. *See Picron-Peron v. Rison*, 930 F.2d 773, 775-76 (9th Cir. 1991). Therefore, the petition shall be dismissed.

A separate Order follows.

Date: June 10, 2005                                                          /s/
                                                                                    Andre M. Davis
                                                                                  United States District Judge